**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kelvin CHARLES, a/k/a Rock,
Defendant–Appellant.**

No. 12–8020.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: March 1, 2013.

Kelvin Charles, Appellant Pro Se. Michael Ronald Gill, Gurney Wingate Grant, II, Norval George Metcalf, Elizabeth Wu, Assistant United States Attorneys, Olivia L. Norman, Michael C. Wallace, Sr., Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Charles appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Charles*, No. 3:04–cr–00142–HEH–1 (E.D.Va. Oct. 12, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*